1046

[No. 20803-2-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW
W. HOBBS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 96-1-00001-1, F. Mark McCauley, J.,
entered June 3, 1996. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater, A.C.J., and
Hunt, J.

[No. 20855-5-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK
MAJDALI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-00101-7, Barbara D. Johnson, J., entered
June 18, 1996. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater, A.C.J., and
Hunt, J.

[No. 20860-1-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL
S. DIERCKS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 95-1-00449-5, David R. Draper, J., entered
June 27, 1996. *Affirmed* by unpublished opinion per
Houghton, C.J., concurred in by Seinfeld and Armstrong,
JJ.

[No. 20954-3-II.    Division Two.    August 28, 1997.]

CHUCK HAUNREITER, *Appellant*, v. THE CITY OF
CHEHALIS, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 95-2-00004-3, Milton R. Cox, J., entered June
24, 1996. *Affirmed* by unpublished opinion per Armstrong,
J., concurred in by Houghton, C.J., and Seinfeld, J.